**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| DR. ROBERT GERBER on behalf of Plaintiff and the class members defined below, | ) ) ) ) | |
| Plaintiff, | ) ) | 2021-cv-445 |
| v. | ) ) | |
| LUNA CARE, INC., and JOHN DOES 1-10 Defendant. | ) ) ) | |

**STATUS REPORT**

Plaintiff Dr. Robert Gerber ("Plaintiff" or "Gerber"), by and through his counsel, submits the following report as to his contact with Defendant.

Plaintiff reports that he has, through Counsel, communicated with a representative of Defendant, Luna Care, Inc. on several occasions since service was effectuated on January 27, 2021. Specifically, Plaintiff's Counsel has endeavored to inform Luna Care, Inc. concerning the dates and deadlines set by the Court as well as the information that would be needed for purposes of considering settlement.

Most recently, on April 8, 2021, the undersigned counsel for Plaintiff spoke with a representative of Defendant and, on April 21, 2021 sent an email in follow up to the conversation and again requesting the information / materials discussed. In addition, counsel informed Defendant of and provided Defendant with a copy of the Court's minute order dated April 14, 2021.

No response was received from Defendant until April 29, 2021. Unfortunately, Defendant's response failed to provide information previously requested by Plaintiff. Nonetheless,

Plaintiff believes that settlement is still feasible and requests additional time to complete negotiations prior to moving for default.

In light of the current status, Plaintiff requests that the Court set the matter for a status in 45-60 days at which time Plaintiff will advise as to the status of settlement and, either dismiss the action or move for entry of default against Defendant.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Order setting this matter for status in 45-60 days, and grant such other relief as this Court deems just and appropriate.

Dated: April 30, 2021                            Respectfully submitted,


By:*/s\_\_Dulijaza Clark_____*

Dulijaza Clark
Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC 20 S. Clark Street, Suite 1500
Chicago, IL 60603
jclark@edcombs.com
dedelman@edcombs.com
(312) 739-4200

*Attorneys for Plaintiff*

.

## **CERTIFICATE OF SERVICE**

I, Dulijaza Clark, hereby certify that on April 30, 2021, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, after which, a copy was mailed to:

Luna Care, LLC
445 Maple St.
Palo Alto, CA 94301

                                                        s/ *Dulijaza Clark*
                                                        Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com