**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| DR. ROBERT GERBER ) | | |
| on behalf of Plaintiff and the ) | | |
| class members defined below, ) | | |
| ) | | |
| Plaintiff, ) | 2021-cv-445 | |
| ) | | |
| v. ) | Hon. Mary M. Rowland | |
| ) | Magistrate Judge Jeffrey I. Cummings | |
| LUNA CARE, INC., ) | | |
| and JOHN DOES 1-10 ) | | |
| Defendant. ) | | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dr. Robert Gerber, voluntarily dismisses his individual claims against Defendant Luna Care, Inc., with prejudice and without costs. Plaintiff Dr. Robert Gerber voluntarily dismisses his class claims against Defendant Luna Care, Inc., without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

s/ *Dulijaza Clark*
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
Edelman, Combs, Latturner & Goodwin LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
312-739-4200
jclark@edcombs.com

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on August 17, 2021, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, and delivered by mail and email to the following:

Luna Care, LLC
Attn: Candace Tabor
445 Maple St.
Palo Alto, CA 94301
candace@getluna.com

                                            s/ *Dulijaza Clark*
                                            Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com