## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Robert Gerber

                    Plaintiff,

v.

Luna Care, Inc., et al.

                    Defendant.

Case No.: 1:21−cv−00445
Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 19, 2021:

    MINUTE entry before the Honorable Mary M. Rowland: In light of the notice of dismissal, Plaintiff's individual claims against Defendant Luna Care, Inc., are dismissed with prejudice and without costs. Any class claims against Defendant Luna Care, Inc., are dismissed without prejudice and without costs. Claims against Defendants John Does 1−10 are dismissed without prejudice and without costs. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.